The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DESTINEE MOLIGA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QDOBA RESTAURANT CORP., et al.<br><br>Defendant. | No. 2:23-CV-01084-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO REMAND TO STATE COURT** |

THIS MATTER came before the Court on the Parties' Stipulated Motion to Remand to State Court. The parties agreed to remand to as a term of settlement, and this stipulation and motion will effectuate swift resolution of the matter.

Having considered the stipulation and motion herein, and being fully advised on the matter, the Court hereby GRANTS the Stipulated Motion to Remand to State Court.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated:  January 16, 2024

_____
The Honorable Barbara J. Rothstein

ORDER GRANTING PLAINTIFF'S MOTION TO REMAND TO STATE COURT

No. 2:23-CV-01084-BJR

PAGE 1 OF 2

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

Presented by:

| EMERY REDDY, PLLC | FISHER & PHILLIPS LLP |
|---|---|
| By: */s/ Timothy W. Emery* | By: */s/ Catharine M. Morisset* |
| By: */s/ Patrick B. Reddy* | By: */s/ Ryan R. Jones* |
| By: */s/ Paul Cipriani* | Catharine M. Morisset, WSBA #29682 |
| Timothy W. Emery, WSBA #34078 | Ryan R. Jones, WSBA #52566 |
| Patrick B. Reddy, WSBA #34092 | FISHER & PHILLIPS LLP |
| Paul Cipriani, WSBA #59991 | 1700 7th Avenue, Suite 2200 |
| EMERY REDDY, PLLC | Seattle, WA 98101 |
| 600 Stewart St., Suite 1100 | Telephone: (206) 682-2308 |
| Seattle, WA 98101 | Facsimile: (206) 682-7908 |
| Telephone: (206) 442-9106 | cmorisset@fisherphillips.com |
| Facsimile: (206) 441-9711 | rrjones@fisherphillips.com |
| emeryt@emeryreddy.com | *Attorneys for Defendant* |
| reddyp@emeryreddy.com | |
| paul@emeryreddy.com | |
| *Attorneys for Plaintiff* | |

ORDER GRANTING PLAINTIFF'S MOTION TO REMAND TO STATE COURT         PAGE 2 OF 2

No. 2:23-CV-01084-BJR

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711